Patrick McMahon
Attorney for Defendant Chris Olsen
Carlson & McMahon, PLLC
715 Washington Street
P.O. Box 2965
Wenatchee, WA  98807-2965
509-662-6131
509-663-0679 Facsimile
patm@carlson-mcmahon.org

THE HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| JASON E. MILLER, an individual,<br><br>　Plaintiff,<br><br>v.<br><br>CHAD PRENTICE, a Washington State Patrol Trooper, and CHRIS OLSEN, a La Center Police Officer,<br><br>　Defendants. | NO. 3:19-cv-05761-BHS<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE (AS TO DEFENDANT OLSEN ONLY)** |

THE ABOVE-ENTITLED ACTION, having been fully settled and compromised, the undersigned attorneys for the respective parties, hereby stipulate to the entry of an Order of Dismissal with Prejudice as to only Defendant, Chris Olsen, a La Center Police Officer, and issues and without cost or attorney fees to either party.

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE (DEFENDANT OLSEN ONLY)
Page 1

**Carlson & McMahon, PLLC**
715 Washington Street / Post Office Box 2965
Wenatchee, WA  98807-2965
(509) 662-6131    Fax (509) 663-0679

DATED: August 28, 2020.

CARLSON & McMAHON, PLLC

By:   /s/ Patrick McMahon
      PATRICK McMAHON
      WSBA #18809
      Attorney for Defendant,
      Chris Olsen

DATED: August 28, 2020.

MACDONALD HOAGUE & BAYLESS

BY:   /s/ Joseph R. Shaeffer
      JOSEPH R. SHAEFFER
      WSBA #33273
      Attorney for Plaintiff

DATED: August 28, 2020.

MACDONALD HOAGUE & BAYLESS

BY:   /s/ Jesse A. Wing
      JESSE A. WING
      WSBA #27751
      Attorney for Plaintiff

# O R D E R

THE ABOVE MATTER coming on regularly for hearing this date in open court upon the stipulation of the parties for the entry of an Order of Dismissal with Prejudice as to only Defendant, Chris Olsen, a La Center Police Officer, and without cost or attorney fees to either party, NOW, THEREFORE,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the above action be and the same is hereby dismissed with prejudice, as to only Defendant, Chris Olsen, a La Center Police Officer, and without cost or attorney fees to either party.

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE (DEFENDANT OLSEN ONLY)
Page 2

**Carlson & McMahon, PLLC**
715 Washington Street / Post Office Box 2965
Wenatchee, WA  98807-2965
(509) 662-6131   Fax (509) 663-0679

DONE this 31st day of August, 2020.

_____
BENJAMIN H. SETTLE
United States District Judge

Presented By:

CARLSON & McMAHON, PLLC

By   /s/ Patrick McMahon
     PATRICK McMAHON, WSBA #18809
     Attorney for Defendant, Chris Olsen

Approved as to Form and Content;
Notice of Presentation Waived:

MACDONALD HOAGUE & BAYLESS

BY:   /s/ Joseph R. Shaeffer
      JOSEPH R. SHAEFFER, WSBA #33273
      Attorney for Plaintiff

Approved as to Form and Content;
Notice of Presentation Waived:

MACDONALD HOAGUE & BAYLESS

BY:   /s/ Jesse A. Wing
      JESSE A. WING, WSBA #27751
      Attorney for Plaintiff

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE (DEFENDANT OLSEN ONLY)
Page 3

**Carlson & McMahon, PLLC**
715 Washington Street / Post Office Box 2965
Wenatchee, WA  98807-2965
(509) 662-6131   Fax (509) 663-0679